NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: LAWRENCE FOODS, INC.,
*Appellant*

---

### 2018-1060

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86937640.

---

## JUDGMENT

---

ALAIN VILLENEUVE, Duane Morris LLP, Chicago, IL, argued for appellant.

CHRISTINA J. HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, BENJAMIN T. HICKMAN, ERICA JEUNG DICKEY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 13, 2018          /s/ Peter R. Marksteiner
Date                     Peter R. Marksteiner
                         Clerk of Court